IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JASON STRICKLAND,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:15-cv-399

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #17); SUSTAINING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES (DOC. #15); AWARDING $10,000.00 IN ATTORNEY FEES TO PLAINTIFF'S COUNSEL PURSUANT TO 42 U.S.C. § 406(b); CASE TO REMAIN TERMINATED ON DOCKET

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his Report and Recommendations, Doc. #17, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing. The Court notes that, although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections were filed within the time allotted.

The Court SUSTAINS Plaintiff's unopposed Motion for Attorney Fees, Doc. #15, and awards Plaintiff's counsel $10,000.00 in fees pursuant to 42 U.S.C.

§ 406(b). The above-captioned case is to remain terminated on the Court's docket.

Date: August 6, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE